TONYIA B. WATSON, Appellant, v STATE OF NEW YORK, Respondent. (And Another Action.)

Submitted June 5, 2017; decided September 5, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (see CPLR 5601). Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

Judge FEINMAN taking no part.

WELLS FARGO BANK, N.A., Respondent, v MARIE-ANGE FLEURANT, Also Known as MARIE ANGE FLEURANT, Appellant, et al., Defendants.

Submitted July 24, 2017; decided September 5, 2017

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).